ENGLAND ET AL. *v.* LOUISIANA STATE BOARD
OF MEDICAL EXAMINERS ET AL.

No. 1288.   Decided June 20, 1966.

*J. Minos Simon* and *Floyd J. Reed* for appellants.

PER CURIAM.

The judgment is affirmed.

LEVINE *v.* UNITED STATES.

No. 1326, Misc.   Decided June 20, 1966.

*George L. Saunders, Jr.,* for petitioner.

*Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

*Owen Rall* for the Bar Association of the Seventh Federal Circuit, as *amicus curiae,* in support of the petition.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded for a full hearing.